# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| **DELTESS CORPORATION** | **CIVIL ACTION** |
|---|---|
| v. | NO. 18-4006 |
| **RIO BRANDS, LLC** | |

## ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION

AND NOW, this 21st day of December, 2018, upon consideration of Plaintiff's Motion for a Preliminary Injunction (ECF 4) and all submissions and exhibits related to the Motion, after holding oral argument on the Motion on November 19, 2018, and for the reasons set out in the accompanying Memorandum, it is hereby ORDERED that:

1. Plaintiff's Motion is **DENIED** without prejudice;

2. Plaintiff's unopposed Motion to File Documents Under Seal (ECF 6) is **GRANTED**; and the documents identified in that Motion shall remain sealed.

        **BY THE COURT:**

        /s /Michael M. Baylson
        _____
        **MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 18\18-4006 Deltess Corp v Rio Brands\18cv4006 Order re Mot. for Prelim. Inj.